1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLAN MANSON BAILEY, JR.,

     Plaintiff,                   No. CIV S-08-0025 GEB JFM P

    vs.

S. BEACH, M.D.D., et al.,

     Defendants.              ORDER

_____/

        Plaintiff is a state prisoner who has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On January 4, 2008, the United States District Court for the Northern District of California transferred this case to the instant court. Although it appears this court's Clerk's Office received the complaint and the application to proceed in forma pauperis along with the transfer order, the Clerk's Office has been unable to locate plaintiff's complaint, which was initially filed in the Northern District on December 11, 2007.[1] Therefore, the court will request that plaintiff provide the instant court with a copy of his complaint or file an amended complaint so the instant action may proceed. The court apologizes for any inconvenience.

---

[1] The Northern District court does not scan prisoner filings, so no electronic copy of the document is available. The Northern District court apparently forwards the original file to this court.

1

Dockets.Justia.com

In addition, plaintiff has not filed his application for leave to proceed in forma pauperis on the form used by this district. Use of the form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Accordingly, plaintiff's December 20, 2007 application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form. The court will use the certified trust statement attached to the December 20, 2007 application, but plaintiff must have prison officials complete the certificate portion located on the bottom of the form used by this district.

IT IS HEREBY ORDERED that:

1. Plaintiff's December 20, 2007 application to proceed in forma pauperis is dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

4. Plaintiff shall also submit, within thirty days, a copy of the complaint he originally filed in the United States District Court for the Northern District of California, or file an amended complaint. Plaintiff is cautioned that failure to timely file this complaint may result in a recommendation that this action be dismissed.

DATED: January 9, 2008.

UNITED STATES MAGISTRATE JUDGE

/001;bail0025.ifp